IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11CV194-1-RJC-DSC

| | |
|---|---|
| FREDERICK CHILDERS, | ) |
| | ) |
| v. | ) **O R D E R** |
| | ) |
| RECEIVABLES PERFORMANCE | ) |
| MANAGEMENT, LLC, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's "Application for Admission to Practice Pro Hac Vice [for Andrew D. Shafer]" (document #9). For the reasons set forth therein, the Motion is **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: October 20, 2011

David S. Cayer
United States Magistrate Judge