IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11CV194-RJC-DSC

| | | |
|---|---|---|
| **FREDERICK CHILDERS,** | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **RECEIVABLES PERFORMANCE** | ) | |
| **MANAGEMENT, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Craig J. Ehrlich]" (document #11). For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: October 24, 2011

_____
David S. Cayer
United States Magistrate Judge