# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Frederick Childers ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:11-cv-194

Receivables Performance Management LLC,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Offer of Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 29, 2012 Order.

                                    Signed: February 29, 2012

Frank G. Johns, Clerk
United States District Court