# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Frederick Childers,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                                 3:11-cv-194

Receivables Performance Management LLC,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 29, 2012 and May 24, 2012 Orders.

                                                        Signed: May 25, 2012

                                                        Frank G. Johns, Clerk
                                                        United States District Court