UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| FREDERICK CHILDERS | ) | CIVIL ACTION NO. 3:11-cv-194 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SATISFACTION** |
| vs. | ) | **OF JUDGMENT** |
| | ) | |
| RECEIVABLES PERFORMANCE | ) | |
| MANAGEMENT, LLC | ) | |
| | ) | |
| Defendant. | ) | |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Notice is hereby given that judgment in this matter has been fully satisfied.

Respectfully submitted,

/s/ Holly E. Dowd
Holly E. Dowd (N.C. Bar No. 37533)
Weisberg & Meyers, LLC
409A Wakefield Dr.
Charlotte, NC 28209
(888) 595-9111 ext. 260
(866) 565-1327 (fax)
hdowd@attorneysforconsumers.com

ATTORNEYS FOR PLAINTIFF

*Please send correspondence to the address below*

Holly E. Dowd
*Weisberg & Meyers, LLC*
5025 N. Central Ave. #602
Phoenix, AZ 85012

1

## CERTIFICATE OF SERVICE

I certify that on May 31, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court, Western District of North Carolina, Charlotte Division, using the electronic case filing system of the court.


/s/ Holly E. Dowd
Holly E. Dowd